IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN LUCAS TERHAAR JR., REINA TERHAAR-REYES, and JOANN TERHAAR,<br><br>Defendants. | 8:20-CV-479<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for an Order Authorizing Payment of the Proceeds of the Policies into the Registry of the Court. Filing 19. In compliance with Federal Rule of Civil Procedure 67 and NECivR 67.1, Plaintiff seeks leave to deposit disputed funds which are the subject of the present interpleader action into the registry of the Court. Filing 19. Plaintiff admits it currently holds $182,000 in proceeds payable under the insurance policies at issue. Filing 19. Having considered the matter, the Court grants Plaintiff's request for leave to deposit $182,000.

IT IS ORDERED:

1. Plaintiff United of Omaha Life Insurance Company's Motion for an Order Authorizing Payment of the Proceeds of the Policies into the Registry of the Court, Filing 19, is granted;

2. Plaintiff may deposit a check in the amount of $182,000 with the Clerk of the Court for the United States District Court for the District of Nebraska; and

3. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of the Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

2

Dated this 15th day of January, 2021.

                                             BY THE COURT:

                                             _____

                                             Brian C. Buescher
                                             United States District Judge