IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN LUCAS TERHAAR JR., REINA TERHAAR-REYES, and JOANN TERHAAR,<br><br>Defendants. | 8:20-CV-479<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for an Order Authorizing Payment of the Proceeds of the Policies into the Registry of the Court, Filing 19, and Plaintiff's submission of funds to the Clerk of the Court. Plaintiff previously moved for leave "to deposit the Proceeds payable under the Policies into the Registry of the Court" in compliance with Federal Rule of Civil Procedure 67 and NECivR 67.1, admitting it held $182,000 in payable proceeds. Filing 19. The Court granted Plaintiff's motion and ordered, "Plaintiff may deposit a check in the amount of $182,000 with the Clerk of the Court for the United States District Court for the District of Nebraska." Filing 20. Plaintiff then submitted a check to the Clerk of the Court in the amount of $183,455.95. In Plaintiff's Complaint, Plaintiff seeks leave "to deposit the proceeds of the Policies, *plus interest*, into registry of the Court." Filing 1 at 5 (emphasis added). Having considered the matter, the Court grants Plaintiff leave to deposit $183,455.95 with the Clerk of the Court.

IT IS ORDERED:

1. Plaintiff may deposit a check in the amount of $183,455.95 with the Clerk of the Court for the United States District Court for the District of Nebraska; and

2. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of the Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 22nd day of January, 2021.

                                  BY THE COURT:

                                  _____
                                  Brian C. Buescher
                                  United States District Judge