IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN LUCAS TERHAAR, JR., REINA TERHAAR-REYES, and JOANN TERHAAR, <br><br> Defendants. | 8:20-CV-479 <br><br> ORDER |

This matter is before the Court on its own motion. Plaintiff has filed a motion to be dismissed as a party in this case. Filing 22. If the Court were to grant this motion, then there would be no pending claim in this case. Accordingly, Defendants are instructed to file any cross claims they have against any other defendant in this case by March 17, 2021. The Court will address Plaintiff's motion (Filing 22) after such claim or claims are filed. Counsel for Defendants Reina terHaar-Reyes and JoAnn terHaar is instructed to mail a copy of this order to Defendant Alan Lucas terHaar, Jr., and the Clerk of Court is also directed to mail a copy of this order to Defendant Alan Lucas terHaar, Jr. at the address listed in the returned summons at Filing 18.

Dated this 24th day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1